IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3014-4 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| STEPHAN EVANS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The government's request for hearing pursuant to Federal Rule of Criminal Procedure 35(b) (filing 342) is granted.

(2) A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 280) has been set before the undersigned United States district judge on Thursday, April 13, 2006, at 4:30 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(3) The United States Marshal is directed to return the defendant to the district for the hearing.

March 13, 2006.                BY THE COURT:

                               s/ *Richard G. Kopf*
                               United States District Judge