IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3014-4 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| STEPHAN BUTCHIE EVANS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the correspondence from Mr. Evans, attached hereto, shall be filed under seal by the Clerk of the Court. The Clerk shall provide copies of that correspondence to counsel of record and the United States Marshals Service.

April 12, 2006.                                         BY THE COURT:

                                                         s/ *Richard G. Kopf*
                                                         United States District Judge

1